## Miles Unemployment Compensation Case.

Argued March 19, 1964. *Irwin Paul,* for appellant, sub-

mitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.